# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| EMOGENE R. BROWN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-149-TFM-B |
| DR. LLYAS SHALKH, | : | |
| Defendant. | : | |

## MEMORANDUM OPINION AND ORDER

On May 14, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 10) to which no objections have been filed. After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 18th day of June, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE