# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| EMOGENE R. BROWN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 19-cv-149-TFM-B |
| DR. LLYAS SHALKH, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE** and **ORDERED** this 17th day of June, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE